THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENITEZ DE JESUS and WILLIAM DIAZ, Appellants.

Argued April 22, 1943; decided May 27, 1943.

*Abraham J. Gellinoff, George C. Norton, Dennis K. Keller* and *Rose Rothenberg* for Benitez De Jesus, appellant.

*Irving Tell, Alexander I. Rorke, Jose R. Quinones* and *Abraham J. Gellinoff* for William Diaz, appellant.

*Frank S. Hogan,* District Attorney (*Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.